| AUSA: | Tare Wigod | Telephone: | (313) 226-9191 |
|---|---|---|---|
| Task Force Officer: | Dianna Napier, FBI | Telephone: | (313) 496-4643 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
**SANTIARO DESHAWN DANIEL**

Case: 2:20-mj-30111
Judge: Unassigned,
Filed: 03-03-2020
CMP: SEALED MATTER (NA)

**ORIGINAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2, 2019__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Heroin |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Dianna Napier, Task Force Officer, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: March 3, 2020

_____
Judge's signature

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dianna Napier, a Task Force Officer with the Federal Bureau of Investigation (FBI), Detroit Division, being duly sworn, depose and state as follows:

1. I have been employed as a Wayne State University Police Officer for 11 years and I have been assigned to the Federal Bureau of Investigation (FBI) Violent Gang Task Force (VGTF) as a task force officer since May of 2016. During this time, I have investigated federal violations concerning crimes of violence, firearms, narcotics, and gangs. Throughout my law enforcement career, I have gained experience through everyday work related these investigations. I have specifically investigated cases involving violations of state and federal narcotic and firearms laws, and I have received training specific to narcotics trafficking and firearms investigations.

2. I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and therefore does not contain all details or all facts of which I am aware relating to this investigation.

3. I am currently conducting an investigation into the violation of federal narcotics laws by SANTIARO DESHAWN DANIEL, B/M, DOB XX/XX/1975.

Based on the investigation there is probable cause to conclude that on December 2, 2019, in the Eastern District of Michigan, DANIEL committed the offense of Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1).

4. On December 2, 2019, I observed DANIEL conduct multiple hand to hand transactions with various people in the area of 3430 Third Avenue, Detroit, Eastern District of Michigan. Based on my training and experience, I know this area to be a high narcotics trafficking area. During each transaction, I observed DANIEL collecting suspected money from another person, then retrieving suspected narcotics hidden in a hole in a nearby cement sidewalk, and then giving the suspected narcotics to the other person. After observing multiple transactions, I requested assistance from Wayne State Police in conducting a further investigation of DANIEL.

5. Shortly thereafter, Officers Eisel and Kerrigan from the Wayne State Police Department personally contacted DANIEL. During a subsequent search of DANIEL, Officer Kerrigan located 3 packets of suspected heroin from DANIEL's left rear pant pocket. I also directed Officer Eisel to the hole in the cement sidewalk. Officer Eisel recovered a cigar package containing 36 packets of suspected heroin from that location.

6. On December 10, 2019, laboratory results from the Michigan State Forensic Laboratory determined that one of the recovered packets contained heroin and fentanyl.

7. A review of DANIEL's criminal history shows that he has at least the following felony convictions: i) 1995: Controlled Substance-Delivery/Manufacture <50 grams; ii) 1996: Escape – Prison; and iii) 1996: Second Degree Murder.

8. Based on my training and experience investigating hundreds of narcotics trafficking cases, I believe that the heroin/fentanyl possessed by DANIEL was possessed with intent to distribute. Among other information, I base this conclusion on my person observations of DANIEL, on the amount of recovered heroin, the manner in which it was packaged, DANIEL's criminal history, and my training and experience.

9. I respectfully submit that there is probable cause to conclude that SANTIARO DESHAWN DANIEL, B/M, DOB \*\*/\*\*/1975 violated 21 U.S.C. § 841(a)(1), Possession with Intent to Deliver Heroin, a Schedule I controlled substance.

_____
Task Force Officer Dianna Napier
Federal Bureau of Investigation

Sworn and subscribed to before me
on this 3rd day of March, 2020.

_____
ELIZABETH A. STAFFORD
United States Magistrate Judge