UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 20-mj-30111
vs.                             Hon.

SANTIARO DESHAWN DANIEL,

        Defendant.
_____/

A. TARE WIGOD
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9191
Email: tare.wigod@usdoj.gov

VICTOR MANSOUR
MANSOUR LAW, P.C.
Attorney for Defendant
       SANTIARO DESHAWN DANIEL
32121 Woodward Ave., Suite PH
Royal Oak, MI 48073
(248) 579-9800
Email: victor@mansourlawpc.com

SANFORD A. SCHULMAN
STEFANIE LYNN JUNTTILA
Substituting Attorneys for Defendant
       SANTIARO DESHAWN DANIEL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: saschulman@comcast.net
Email: attorneystefanielambert@gmail.com
_____/

**<u>STIPULATED ORDER GRANTING SUBSTITUTION</u>**
**<u>OF DEFENSE COUNSEL FOR SANTIARO DESHAWN DANIEL</u>**

    HAVING COME before the Court upon the stipulation of the parties,

through counsel, and the Court being otherwise fully advised in the premises;

1

IT IS ORDERED AND ADJUDGED that SANFORD A. SCHULMAN as lead counsel and STEFANIE LYNN JUNTTILA as co-counsel are substituted in the place and stead of VICTOR MANSOUR on behalf of SANTIARO DESHAWN DANIEL in regards to the above-captioned case.

IT IS FURTHER ORDERED AND ADJUDGED that current orders and dates set by this Court shall remain in full force and effect.

s/R. Steven Whalen
HON. R. STEVEN WHALEN
Federal Magistrate District Court Judge

Dated: October 27, 2020

So Stipulated:


/s/ w/consent Victor Mansour
VICTOR MANSOUR
MANSOUR LAW, P.C.
Attorney for Defendant
    SANTIARO DESHAWN DANIEL
32121 Woodward Ave., Suite PH
Royal Oak, MI 48073
(248) 579-9800
Email: victor@mansourlawpc.com

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Substituting Attorney for Defendant
    SANTIARO DESHAWN DANIEL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: saschulman@comcast.net

/s/ Stefanie Lynn Junttila
STEFANIE LYNN JUNTTILA
Substituting Attorney for Defendant
     SANTIARO DESHAWN DANIEL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com